

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2021

No. 04-21-00474-CV

**IN THE INTEREST OF B.S.**, child,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02300
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The court reporter responsible for preparing the reporter's record in this appeal has filed a notification of late reporter's record, requesting an extension to December 1, 2021. We grant her request and order her to file the reporter's record on or before December 1, 2021.

Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court